

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

November 3, 2023

**By Email and Hand Delivery**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

The Clerk is hereby directed to unseal the docket.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
11/6/2023

Re:   *United States v. John Doe*, 13 Cr. 328 (CS)

Dear Judge Seibel:

    The Government writes to request that the Court unseal this docket. Sealing was warranted previously as the defendant was assisting the Government in ongoing, covert investigations, which would have been disrupted had the defendant's cooperation been disclosed publicly. But those investigations are now complete. Moreover, the individuals charged as a result of those investigations are aware of the defendant's cooperation, as they have been provided copies of the recordings that the defendant prepared.

    Accordingly, the Government respectfully requests that the Court unseal the docket. The Government has conferred with defense counsel and understands that the defendant does not oppose this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

by:     /s/ David A. Markewitz
David A. Markewitz
James McMahon
Assistant United States Attorney
(914) 993-1920

cc: Kerry Lawrence, Esq. (by Email)