UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
----------------------------------------------------------X

FILENAME - P:\CRD FORMS\ MEDICAL FORM (Rev.5/09)

United States of America  
      Government,

    -against-

Before Judge : **Paul E. Davison, U.S.M.J**  
Case Number:   13 Cr 328 (CS)

Eli Katz  
      Defendant(s)  
----------------------------------------------------------X

**TO THE U.S. MARSHAL:**

The defendant has met all the conditions of his bail, and is released. **THE CASE IS FILED UNDER SEAL.**

Dated: May 2, 2013  
White Plains, NY

        SO ORDERED: _____  
               Paul E. Davison  
               United States Magistrate Judge