UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    United States of America,

                                                                                             NOTICE RE: CHANGE OF
                                                                                              TIME OF SENTENCING

    -against-

                                                                                                         7:13-CR-00328 (CS)

    Eli Katz,
                                Defendant(s).
------------------------------------------------------------X

The Sentencing previously scheduled before this Court for **April 7, 2025 at 11:30 a.m.** will be held at **10:45 a.m.** (same date) at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.

                                                                           /s/ Walter Clark, Courtroom Deputy

Dated:  April 1, 2025
           White Plains, New York